STATE

v.

Claire STEVENS et al.

No. 79–475–C.A.

Supreme Court of Rhode Island.

March 20, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Spec. Asst. Atty. Gen., Chief, Appellate Division, for plaintiff.

Salvatore L. Romano, Providence, for defendants.

### ORDER

The state has moved to consolidate the appeals of defendants Stevens, LeBlanc, Desmarias and Jorde. However, since these appeals were docketed here together under a single criminal appeal number, the motion to consolidate is unnecessary. One brief and argument will be sufficient in this case. The motion to consolidate is denied.